**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 3:13cr82** |
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| **v.** | : | |
| **GERALD FRANCIS DUGGAN,** | : | |
| **Defendant.** | : | |

---

**ORDER**

---

The above-captioned case is hereby TRANSFERRED from the docket of The Honorable

Timothy S. Black to the docket of The Honorable Walter H. Rice.

IT IS SO ORDERED.

November 14, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE